BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>OLEGARIO AGUIRRE,<br><br>            Defendant. | 1:10-cr-00379 AWI<br><br>STIPULATION RE:<br>CONTINUANCE AND ORDER |

Defendant OLEGARIO AGUIRRE, by and through his attorney, CAROLYN PHILLIPS, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

   1.  The parties to the above-captioned matter agree to vacate the current sentencing hearing date of May 9 and reset the hearing for May 16 at 9:00 a.m.

   2. The parties stipulate that the continuance is necessitated by the unavailability of the government's attorney due to recent

1

knee replacement surgery.

DATED: May 4, 2011                                    Respectfully submitted,

                                                     BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     By: /s/ Karen A. Escobar
                                                        KAREN A. ESCOBAR
                                                     Assistant U.S. Attorney


                                                     /s/ Carolyn Phillips
                                                     CAROLYN PHILLIPS
                                                     Attorney for Defendant
                                                     OLEGARIO AGUIRRE

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing date of May 9, 2011, is hereby vacated and is reset for May 16, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated:      May 4, 2011                          _____
                                                 CHIEF UNITED STATES DISTRICT JUDGE

2